180 U.S. 635, 21 S.Ct. 922

PACIFIC COAST STEAMSHIP COMPANY v.
HANS CHR. PANDE et ux.

No. 298.

Supreme Court of the United States.

March 11, 1901.

Messrs. S. M. Stockslager and Geo. C. Heard for plaintiff in error.

Mr. J. J. Darlington for defendants in error.

Writ of error dismissed for the want of jurisdiction, on the authority of Thorpe v. Bonnifield, 177 U.S. 15, 20 S.Ct. 533, 44 L.Ed. 652; Shute v. Keyser, 149 U.S. 649, 13 S.Ct. 960, 37 L.Ed. 884.